JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY D. HANDLEY, | Case No. CV 14-1891-MMM (KK) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| D. GARCIA, et. al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: January 14, 2015

_Margaret M. Morrow_
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE